**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAMMA JEAN WOODS, | No. 09-56343 |
| Petitioner - Appellant, | D.C. No. 3:09-CV-00782-DMS-JMA |
| v. | |
| JANET NAPOLITANO, Secretary of the United States Department of Homeland Security; ERIC H. HOLDER Jr., Attorney General of the United States; ROBIN BAKER, Director Of the San Diego Field Office, U.S. Immigration and Customs Enforcement; and JOHN GARZON, Officer-in-Charge, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted March 2, 2010[**]
Pasadena, California

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously finds this case suitable for decision without oral argument.  Fed. R. App. P. 34(a)(2).

Before: RYMER and WARDLAW, Circuit Judges, and KENNELLY,[***]    District Judge.

Because this court today denies appellant Eamma Jean Woods' petition for review of the Order of Removal pending against her in a companion case, *Woods v. Holder*, No. 08-70936, we dismiss as moot this appeal challenging the bond determination made by an Immigration Judge.

DISMISSED.

---

[***]    The Honorable Matthew F. Kennelly, United States District Judge for the Northern District of Illinois, sitting by designation.